

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2015

No. 04-15-00089-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF G.O.R., JR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Kelly Cross, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order requiring appellant to submit to court-ordered medication. The appellant's brief was due to be filed in this appeal on March 19, 2015. On March 23, 2015, appellant filed a motion requesting an extension of time to file the brief. The motion is GRANTED IN PART. The appellant's brief must be filed in this appeal no later than April 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2015.

Keith E. Hottle
Clerk of Court